THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MODULAR INTERNATIONAL, INC.
and IRWIN H. KOTOVSKY,

        Plaintiffs,        Case 2:12-cv-00027-GLL

    vs.        Judge Gary L. Lancaster

LITELAB CORPORATION,

        Defendant.

## ORDER

On consideration of the parties' Joint Motion to Extend Patent Scheduling Order, IT IS HEREBY ORDREED that the motion is GRANTED and extends the deadlines in paragraphs 2–6 of the Court's Patent Scheduling Order (Docket No. 28) as follows:

1. Plaintiffs shall file and serve an Opening Claim Construction Brief and an identification of extrinsic evidence by November 16, 2012;

2. Defendant shall file and serve a response to the Opening Claim Construction Brief, an identification of extrinsic evidence, and any objections to extrinsic evidence by December 7, 2012;

3. Plaintiffs may serve and file a Reply directly rebutting defendant's Response, and any objections to extrinsic evidence by December 21, 2012;

4. If defendant bears the burden of proof on infringement, it may file a Sur-reply directly rebutting plaintiffs' Reply by January 4, 2013;

2

5. The Court will conduct a hearing on the issue of Claim Construction on Friday, January 25, 2013 at 1:00 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.

In all other respects, the Court's Initial Patent Scheduling Order remains in full effect.

                                                                           s/Gary L. Lancaster

                                                                           Honorable Gary L. Lancaster
                                                                           Chief United States District Judge

Dated:  October 16, 2012

cc:  All Counsel of Record