THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MODULAR INTERNATIONAL, INC.
and IRWIN H. KOTOVSKY,

          Plaintiffs,

        vs.

LITELAB CORPORATION,

          Defendant.

Case 2:12-cv-00027-GLL

Judge Gary L. Lancaster

## ORDER

AND NOW, this 21 day of December, 2012, upon consideration of the parties' Joint

Motion to Stay Patent Scheduling Order Dates, IT IS HEREBY ORDERED that the motion is

GRANTED and all deadlines set forth in the Court's Patent Scheduling Order (Docket No. 33)

are hereby stayed. The parties are further ordered to report by January 21, 2013 whether

they have finalized their settlement of this matter or whether new deadlines for the items set forth

in the Patent Scheduling Order are required.

                     Honorable Gary L. Lancaster
                     Chief United States District Judge