IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MODULAR INTERNATIONAL, INC., )
ET AL., )
    Plaintiffs, )
)
v. ) Civil Action No. 12-27
)
LITELAB CORPORATION, )
    Defendant. )

ORDER OF COURT

AND NOW this 22 day of January, 2013, upon consideration of the parties' Status Reports [documents #36 and #37], IT IS HEREBY ORDERED that the stay of this matter will extend to February 25, 2013. By that date, parties shall either advise the Court of whether they have finalized their settlement of this matter, or whether new deadlines for the items set forth in the Patent Scheduling Order are required. **THERE WILL BE NO FURTHER EXTENSION GRANTED**.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:    All Counsel of Record