IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MODULAR INTERNATIONAL, INC.,
and IRWIN H. KOTOVSKY,

        Plaintiffs,

v.

LITELAB CORPORATION

        Defendant.

Civil No. 2:12-cv-00027-GLL

Electronically Filed

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by their counsel, stipulate that all claims, causes of action, and counterclaims be dismissed on the merits with prejudice and without costs or attorneys' fees to any party.

Dated:  April 29, 2013

**PICADIO SNEATH MILLER & NORTON, P.C.**
*Attorneys for Plaintiffs Modular International, Inc.*
*and Irwin H. Kotovsky*

By: */s/Robert L. Wagner*
    Robert L. Wagner, Esq.
    Four Gateway Center
    444 Liberty Avenue, Suite 1105
    Pittsburgh, Pennsylvania 15222

**HODGSON RUSS LLP**
*Attorneys for Defendants Litelab*
*Corporation*

By: */s/Paul S. Perlman*
    Paul I. Perlman, Esq. (*pro hac vice*)
    140 Pearl Street, Suite 100
    Buffalo, New York 14202

SO ORDERED:

s/Terrence F. McVerry   ,J.
United States District Judge,
as Miscellaneous Judge
Dated:  May 3, 2013